IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BENJAMIN JAMES GEORGE,

       Petitioner,

   v.

ROB PERSSON, Superintendent,
Oregon State Correctional Institution,

      Respondent.

Case No. 6:13-cv-01359-AC

ORDER

MOSMAN, Judge.

    Petitioner's Motion for Leave to Dismiss Without Prejudice the Intended Petition for Writ of Habeas Corpus (#9) is GRANTED.

    IT IS SO ORDERED.

    DATED this __16th__ day of October, 2013.

                    /s/ Michael W. Mosman
                       Michael W. Mosman
                       United States District Judge